Alexander Bilodeau *vs.* Maine Central Railroad Company.

Kennebec County. Decided April 3, 1916. In this case the plaintiff seeks to recover damages for the burning of property by a fire communicated by one of the defendant's engines.

There was evidence that, if believed by the jury, and it was sufficiently clear that they were authorized to believe it, that justified the verdict returned. Although the damages awarded are large, yet we cannot say that they are sufficiently large to authorize the court to set aside the verdict. Motion overruled. *Andrews & Nelson*, for plaintiff. *Johnson & Perkins*, for defendant.